**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of: Case Transfers to
**District Judge Edward L. Artau**

*Turbocode LLC v. BLUE Products Inc.*, Case No: 25-cv-21034

*Kvasnins v. Eagle Star Films, Inc.*, Case No: 25-cv-20660

*Cohen v. American Honda Finance Corp.*, Case No: 25-cv-22924

*Voltstar Techs., Inc. v. Xiamen E-Commerce Co*, Case No: 25-cv-23736

*Bazelais v. Equifax Information Services, LLC et al.*, Case No: 25-cv-23437

*Voltstar Technologies, Inc. v. Sun Zhongyuan*, Case No: 25-cv-23507

*Prudent Investment Fund SICAV SIF v. Gitman et al.*, Case No: 25-cv-21437

*Romay v. Mediaset Ensapa Communicacion S.A.*, Case No: 24-cv-23819

*Thwe v. U.S. Attorney General*, Case No: 25-cv-61674

*Ross v. School Board of Broward County et al*, Case No: 24-cv-62311

*Gampong v. Flanigan's Management Services, Inc. et al*, Case No: 25-cv-21493

*Yang v. City National Bank of Florida et al*, Case No: 25-cv-22892

*Canelli Yachts USA LLC v. World Insurance Associates LLC et al*, Case No: 25-cv-23211

*U.S. v. Sergio Luis Quinteros-Chuquista*, Case No: 25-cr-60197

*U.S. v. Guillermo Lopez Carrazana*, Case No: 25-cr-20178

*U.S. v. Sebastian Parraga-Alonso*, Case No: 25-cr-20304

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Edward L. Artau.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04).  It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Edward L. Artau** as of September 15, 2025, for all further proceedings.  It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Edward L. Artau.**  It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Edward L. Artau**.  It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials ELA in lieu of the present initials.

DONE and ORDERED in the Southern District of Florida on September 15, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: All counsel of record/pro se parties