UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 25-cv-61674-EA

**NYEIN THWE THWE**,

        Petitioner,

v.

**UNITED STATES ATTORNEY GENERAL**, *et al.*,

        Respondents.

_____/

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On August 18, 2025, Petitioner Nyein Thew Thew ("Petitioner") filed a *pro* se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [1]. On September 10, 2025, the Court entered an order requiring that Petitioner either pay the $5.00 filing fee or file a legally sufficient motion to proceed *in forma pauperis* [3]. The Court warned that "failure to pay the filing fee or to file a compliant motion to proceed *in forma pauperis*" would result in dismissal of the case. ECF No. 3 at 2.

A district court may dismiss a case, on its own initiative, if a petitioner abandons its prosecution of the suit. *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Id.*; *see also McNair v. Johnson*, 143 F.4th 1301, 1306 (11th Cir. 2025). That disposition is warranted here. The Court warned Petitioner to pay the filing fee or to file a legally sufficient IFP motion by October 10, 2025. Yet Petitioner

1

neither complied with the deadline nor moved for an extension to do so.

Therefore, it is **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with Court orders.

2. The Clerk is ordered to **CLOSE** this case.

3. The Clerk shall **MAIL** a copy of this order to Petitioner at the address listed below and file a Notice of Compliance confirming the same.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 17th day of November 2025.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

cc: **Nyein Thwe The,** *pro se*
A-241-054-054
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov